Commonwealth ex rel. Matthews, Appellant, *v.*
Russell.

Argued November 14, 1966.
*James J. Flaherty,* with him *Wirtzman, Sikov and
Love,* for appellant; *Edwin J. Martin,* Assistant District Attorney, with him *Charles B. Watkins,* Assistant
District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.


Commonwealth ex rel. Matthews, Appellant, *v.*
Russell.

Submitted November 14,
1966. *Harry Flynn,* for appellant; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for
appellee.

Order affirmed.


Commonwealth ex rel. Negrich, Appellant, *v.*
Russell.

Submitted November 14,
1966. *Robert W. Negrich,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.